# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**In the matter of:**

MLS Berkowitz Investments LLC

Case No. _____ 23-_____

**Debtor**

Chapter No. _____ 7 _____

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named Debtor:

A petition under title 11, United States Code was filed against you on _____ in this Bankruptcy Court, requesting an Order for Relief under Chapter ____7____ of the Bankruptcy Code.

YOU ARE SUMMONED and required to file with the Clerk of the Bankruptcy Court a motion or answer to the petition within 21 days after the service of this Summons. A copy of the petition is attached.

| Address of Clerk | United States Bankruptcy Court<br>402 East State St.<br>Trenton, NJ 08608 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

| Name and Address of Petitioner's Attorney | Daniel M. Stolz, Esq., Genova Burns, LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 |
|---|---|

If you make a motion, your time to serve an answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF AN ORDER FOR RELIEF.**

JEANNE A. NAUGHTON, Clerk

By: _____

_____
Date

Deputy Clerk

*rev.1/4/17*