| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Andrew D. Behlmann, Esq.<br>Colleen M. Restel, Esq.<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: abehlmann@lowenstein.com<br>Email: crestel@lowenstein.com<br><br>*Counsel to MLS Berkowitz Investments LLC* | |
| In re:<br><br>MLS Berkowitz Investments LLC,<br><br>                                            Debtor. | Chapter 7<br><br>Case No. 23-15334 (CMG) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Lowenstein Sandler LLP hereby appears as counsel for MLS Berkowitz Investments LLC ("MLSBI"), pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). MLSBI, by and through its counsel, hereby requests, pursuant to Bankruptcy Rules 2002 and 9007, and the applicable Local Rules, that all notices given or required to be given in the above-captioned chapter 7 case, and all papers served or required to be served in this case, be given to and served upon the following:

Andrew D. Behlmann, Esq.
Colleen M. Restel, Esq.
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
Email: abehlmann@lowenstein.com
crestel@lowenstein.com

44188/2
06/29/2023 214031195.1

-2-

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading, or request, whether mailed or filed, in the case and proceedings referenced herein.

PLEASE TAKE FURTHER NOTICE that neither this notice nor any later appearance, pleading or claim, shall waive any rights to: (1) challenge the jurisdiction of the Court to adjudicate any matter, including, without limitation, any non-core matter; (2) have final orders in non-core matters entered only after *de novo* review by the District Court; (3) trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; or (4) have the District Court withdraw that reference in any matter subject to mandatory or discretionary withdrawal; or any other rights, claims, actions, setoffs, or recoupments to which MLSBI is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 29, 2023                    Respectfully submitted,

*/s/ Andrew D. Behlmann*
Andrew D. Behlmann
Colleen M. Restel
Lowenstein Sandler LLP
One Lowenstein Drive
Roseland, NJ 07068
Email: abehlmann@lowenstein.com
crestel@lowenstein.com

*Counsel to MLS Berkowitz Investments LLC*