| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Andrew Behlmann<br>Colleen M. Restel<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: abehlmann@lowenstein.com<br>Email: crestel@lowenstein.com<br><br>*Counsel to MLS Berkowitz Investments LLC* | |
| In re:<br><br>MLS Berkowitz Investments LLC,<br><br>        Alleged Debtor. | Case No.: 23-15334 (CMG)<br><br>Chapter: 7<br><br>Hearing Date: August 3, 2023<br><br>Judge: Honorable Christine M. Gravelle |

**DECLARATION OF SETH BERKOWITZ IN SUPPORT OF MOTION OF
MLS BERKOWITZ INVESTMENTS LLC FOR ENTRY OF AN ORDER
DISMISSING INVOLUNTARY CHAPTER 7 PETITION
AND AWARDING FEES, COSTS, AND DAMAGES**

   Pursuant to 28 U.S.C. § 1746, I, Seth Berkowitz, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

   1. I am a director of MLS Berkowitz Investments LLC ("MLS"), the alleged debtor in the above-captioned involuntary chapter 7 proceeding.

   2. I submit this declaration (the "Declaration") in support of the *Motion of MLS Berkowitz Investments LLC for Entry of an Order Dismissing Involuntary Chapter 7 Petition and Awarding Fees, Costs, and Damages* (the "Motion").[1] I am authorized to submit this Declaration on behalf of MLS.

---

[1] Capitalized terms not defined herein shall have the meanings given to them in the Motion.

44188/2
07/17/2023 214143860.2

-2-

3.      A true and correct copy of the January 2023 Contract, together with amendments thereto, is annexed hereto as **Exhibit A**.

4.      A true and correct copy of the Assignment, together with the power of attorney executed in connection therewith, is annexed hereto as **Exhibit B**.

5.      A true and correct copy of the Cooperation Agreement is annexed hereto as **Exhibit C**.

6.      MLS is not currently conducting any business.

[ *signature page follows* ]

-3-

I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief. I understand that I am subject to punishment if any of the foregoing statements made by me are willfully false.

Dated: July 17, 2023

_____
Seth Berkowitz