| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Andrew Behlmann<br>Colleen M. Restel<br>LOWENSTEIN SANDLER LLP<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>Telephone: (973) 597-2500<br>Email: abehlmann@lowenstein.com<br>Email: crestel@lowenstein.com<br><br>*Counsel to MLS Berkowitz Investments LLC* |
| In re:<br><br>MLS Berkowitz Investments LLC,<br><br>                         Debtor. |

Case No.: 23-15334 (CMG)

Chapter: 11

Judge: Honorable Christine M. Gravelle

## DECLARATION OF SETH BERKOWITZ

Pursuant to 28 U.S.C. § 1746, I, Seth Berkowitz, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a director of MLS Berkowitz Investments LLC ("MLS"), the debtor in the above-captioned chapter 11 proceeding.

2. MLS is a limited liability company organized under the laws of the state of New Jersey.

3. The members of MLS are Seth Berkowitz and Mark Berkowitz.

4. MLS has no employees.

-2-

    I declare under penalty of perjury that the foregoing information is true and correct to the best of my knowledge, information, and belief. I understand that I am subject to punishment if any of the foregoing statements made by me are willfully false.

Dated: August 29, 2023

                                                              _____
                                                              Seth Berkowitz